UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WOODS,

    Plaintiff,                                                       Case No. 1:09-cv-625

v.                                                                Hon. Robert J. Jonker

DEMMER CORPORATION,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR
REASONABLE EXPENSES INCLUDING ATTORNEY'S FEES**

Pursuant to the court's Order Granting Motion to Compel Disclosures entered April 16, 2010 (docket no. 32), defendant Demmer Corporation is entitled to reasonable expenses, including attorney's fees, in bringing its March 4, 2010 Motion to Compel Disclosures (docket no. 23). The parties having been unable to agree upon the appropriate expenses and attorney's fees, Defendant Demmer has filed a motion to enforce the court's order granting reasonable expenses and attorney's fees (docket no. 33). No opposition having been filed to the motion, it is hereby **GRANTED in part** and plaintiff shall pay to defendant Demmer Corporation the amount of One Thousand Four Hundred Sixty Two Dollars ($1,462.00).[1]

**IT IS SO ORDERED.**

Dated: May 27, 2010                                      /s/ Hugh W. Brenneman, Jr.
                                                                HUGH W. BRENNEMAN, JR.
                                                                 United States Magistrate Judge

---

[1] (defendant's total of $1,594.00 reduced by the amounts for calls to the court of March 26, 2010 and March 29, 2010)