UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WILLIAM WOODS,

        Plaintiff,                             Case No. 1:09CV625

v.                                                    Hon. Robert J. Jonker

DEMMER CORPORATION,

        Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 18, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). In fact, no opposition was filed to the underlying motion itself. The Court has given Plaintiff every opportunity to prepare and present a case on the merits, going so far as to deny Defendant's first summary judgment motion on June 3, 2010. Since that time, Plaintiff has done nothing of record to advance his case, and nothing of record to defend the dispositive motions of the Defendant.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 18, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary judgment (docket #40) is **GRANTED** and this action is **DISMISSED** with prejudice, under the terms of the May 17, 2010, Stipulation.

                                                                        /s/ Robert J. Jonker
                                                                     ROBERT J. JONKER
                                                               UNITED STATES DISTRICT JUDGE

DATED: December 13, 2010